```
ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona
RYAN J. ELLERSICK
Assistant United States Attorney
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: ryan.ellersick3@usdoj.gov
Attorneys for Plaintiff
```

FILED

2019 APR 24 PM 2: 57

CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>Manuel De Jesus Aguirre-Arana,<br><br>　　　　　　　　Defendant. | CR19-01078 TUC-RCC(LAB)<br><br>I N D I C T M E N T<br><br>Violations:<br>8 U.S.C. § 1326(a)(enhanced by<br>8 U.S.C. § 1326(b)(1))<br><br>(Illegal Reentry) |

**THE GRAND JURY CHARGES:**

　　On or about March 27, 2019, at or near Lukeville, in the District of Arizona, Manuel De Jesus Aguirre-Arana, an alien, entered and was found in the United States of America after having been denied admission, excluded, deported, and removed therefrom at or near El Paso, Texas, on or about April 19, 2018, and not having obtained the express consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply

/ / /

for admission thereto; in violation of Title 8, United States Code, Section 1326(a), enhanced by Title 8, United States Code, Section 1326(b)(1).

A TRUE BILL

/ S /

_____
Presiding Juror

ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona

REDACTED FOR
PUBLIC DISCLOSURE

/ S /

Assistant United States Attorney

Dated: April 24, 2019